HARTFORD ACCIDENT AND INDEMNITY AS PIP CARRIER FOR KARL GUEMPLE v. STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

September 27, 1988.

Petition for certification denied.

HARTFORD ACCIDENT AND INDEMNITY AS PIP CARRIER FOR KARL GUEMPLE v. STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

September 27, 1988.

Cross-petition for certification denied.

ANNA W. BARAN v. CLOUSE TRUCKING, INC., ET AL.

September 27, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 230)

STATE OF NEW JERSEY v. REMIGIO CRUZ.

September 27, 1988.

Petition for certification denied.